**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**BRENDA BORING** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 3:26-CV-169-MPM-JMV**

**WINSTON EGGLESTON, ET AL.** **DEFENDANTS**

**ORDER STAYING CERTAIN PROCEEDINGS**

Local Uniform Civil Rule 16(b)(3)(B) provides that "[f]iling…a jurisdiction defense motion stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L.U. CIV. R. 16(b)(3)(B) (emphasis added). Because Defendants William Eggleston, Jr., Winston Eggleston, and Eggleston Artistic Trust have filed a motion to dismiss for lack of jurisdiction and for failure to state a claim [Doc. 23], staying certain proceedings pending a ruling on that motion is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** in accordance with the above local rule pending a ruling on the motion to dismiss [Doc. 23]. The parties shall notify the undersigned magistrate judge within seven (7) days of a decision on the motion to dismiss.

**SO ORDERED** this, the 16th day of October, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**