**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**BRENDA BORING** **PLAINTIFF**

**VS.** **CIVIL ACTION NO.: 3:26-CV-169-MPM-JMV**

**WINSTON EGGLESTON, ET AL.** **DEFENDANTS**

# AMENDED ORDER STAYING CERTAIN PROCEEDINGS

On October 16, 2026, the Court entered the Order Staying Certain Proceedings [Doc. 25], in response to the Motion to Dismiss [Doc. 23] filed by Defendants William Eggleston, Jr., Winston Eggleston, and Eggleston Artistic Trust which argues that the Court lacks jurisdiction. Since then, Defendant Doug Aitken has also filed a Motion to Dismiss [Doc. 28] that argues that the Court lacks jurisdiction. Pursuant to Local Uniform Civil Rule 16(b)(3)(B), "[f]iling . . . a jurisdiction defense motion stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal." L.U. Civ. R. 16(b)(3)(B). Accordingly, staying certain proceedings pending a ruling on *each* motion to dismiss [Docs. 23, 28] is appropriate.

**IT IS, THEREFORE, ORDERED** that the aforementioned proceedings are hereby **STAYED** in accordance with the above local rule pending a ruling on the motions to dismiss [Doc. 23, 28]. The parties shall notify the undersigned magistrate judge within seven (7) days of a decision on the motions to dismiss.

**SO ORDERED** this, the 22nd day of October, 2026.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**